# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIFFANY A. BECNEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-983** |
| **WALMART, INC.** | **SECTION "P" (5)** |

## ORDER

The Court, having considered Plaintiff's Motion to Remand (Rec. Doc. 8), the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 14), and the lack of any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec. Doc. 8) is **DENIED** as outlined in the Report and Recommendation (Rec. Doc. 14).

New Orleans, Louisiana, this 13th day of November 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**